IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ATLANTIX GLOBAL SYSTEMS, LLC,

    Petitioner,

v.

FEDERAL BUSINESS SYSTEMS
CORP. GOVERNMENT DIVISION,
Serve:
Catherine Prosser R/A
25055 Riding Plaza, Unit 200
Chantilly, Virginia 20152

    Respondent.

Case No. 14-

1:14CV19 AJT/JFA

## APPLICATION FOR ENTRY OF ORDER CONFIRMING ARBITRATION AWARD AND ENTERING JUDGMENT THEREON

Atlantix Global Systems, LLC ("Atlantix"), by counsel and pursuant to 9 U.S.C. § 9, hereby moves for entry of the order attached as Exhibit 1, confirming an arbitration award against Federal Business Systems Corp. Government Division, a/k/a DLT Federal Business Systems Corp. ("FBS") and entering judgment in Atlantix's favor and against FBS. In support of its Application, Atlantix states:

### JURISDICTION, PARTIES AND ARBITRATION AGREEMENT

1. This Court has jurisdiction over this matter under 9 U.S.C. § 9 because the parties consented to its jurisdiction.

2. Atlantix is a Georgia corporation authorized to do business in the Commonwealth of Virginia.

3. FBS is a Delaware corporation with its principal place of business in Chantilly, Virginia.

4. Attached as <u>Exhibit 2</u> is an agreement between Atlantix and FBS, pursuant to which the parties agreed to settle all claims arising from or relating to the agreement through arbitration by the American Arbitration Association in accordance with its Commercial Arbitration Rules.

5. Consenting to the AAA's Commercial Arbitration Rules, the parties also consented that judgment upon any award may be entered in federal court. AAA Commercial Arbitration Rule R-48 (c).

### ARBITRATION AWARD

6. Atlantix filed its demand for arbitration with the American Arbitration Association on August 20, 2012. On December 6, 2012, the AAA appointed Gerald F. Doyle as arbitrator. See <u>Exhibit 3.</u>

7. After multiple continuances, the arbitration hearing was held on October 2, 2013. See Amended Scheduling Order and Notice of Hearing attached as <u>Exhibit 4</u>.

8. The arbitrator made his award on October 30, 2013, within the time frame required by Rule R-41 of the AAA Commercial Arbitration Rules. A true and complete copy of that award is attached as <u>Exhibit 5</u>.

9. The arbitrator awarded Atlantix $687,686.53 on its claims against FBS, plus interest at 6% *per annum* from October 30, 2013 until paid.

**WHEREFORE**, Atlantix Global Systems, LLC respectfully requests that the Court enter the order attached as <u>Exhibit 1</u>, confirming the arbitration award and entering judgment thereon, and grant such further relief as the Court deems appropriate.

                                                     **ATLANTIX GLOBAL SYSTEMS, LLC**

                                                     By_____
                                                                  Counsel

Kimberly A. Taylor, VSB #29823
KEPLEY BROSCIOUS & BIGGS, PLC
2211 Pump Road
Richmond, Virginia 23233
(757) 636-9826
(804) 741-6175 (Facsimile)

Counsel for Atlantix